PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

TOSH SAGAR, *Pro Hac Vice* Pending
JAMES S. PEW, *Pro Hac Vice* Pending
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
tsagar@earthjustice.org, jpew@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

*Counsel for Plaintiffs Citizens for Pennsylvania's Future, Gasp, Louisiana Bucket Brigade, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA' FUTURE, *et al.*,<br><br>    *Plaintiffs*,<br>    v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>    *Defendant*. | Case No: 3:19-cv-02004<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 15, 2019        Respectfully submitted,

                                    /s/ *Paul R. Cort*
                                    PAUL R. CORT, State Bar No. 184336
                                    Earthjustice
                                    50 California Street
                                    San Francisco, CA 94111

pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

TOSH SAGAR, *Pro Hac Vice* Pending
JAMES S. PEW, *Pro Hac Vice* Pending
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
tsagar@earthjustice.org, jpew@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

*Counsel for Plaintiffs Citizens for Pennsylvania's Future, Gasp, Louisiana Bucket Brigade, and Sierra Club*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. 3:19-cv-02004

2