SYDNEY A. MENEES (D.C. Bar No. 1027544)
sydney.menees@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Washington, DC 20002
Telephone (202) 514-2398
Facsimile (202) 514-8865

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-02004-VC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AND [PROPOSED] ORDER** |

Plaintiffs Citizens for Pennsylvania's Future, Gasp, Louisiana Bucket Brigade, and Sierra Club (collectively, "Plaintiffs") and Defendant Andrew R. Wheeler, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA") (collectively, the "Parties"), respectfully submit this stipulation as follows:

WHEREAS, on April 15, 2019, Plaintiffs filed the above-entitled action (Dkt. No. 1);

WHEREAS, on April 16, 2019, Plaintiffs served the Summons and Complaint in this matter on Defendant (Dkt. No. 11);

WHEREAS, the United States Attorney's Office was served with the Summons and Complaint on April 22, 2019;

WHEREAS, Defendant filed an Answer to the Complaint on June 14, 2019 (Dkt. No. 14);

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the Initial Case Management Conference in this matter for July 16, 2019 at 1:30 p.m. (Dkt. No. 10);

WHEREAS, the Parties met and conferred on ADR and scheduling on June 13, 2019;

WHEREAS, the Parties have agreed to seek a continuance of the deadlines in the current scheduling order to allow them to assess whether to engage in settlement discussions, and – if so – to engage in such discussions;

NOW, THEREFORE, the Parties stipulate to and respectfully request that the Court enter an order continuing the pending deadlines for approximately ninety (90) days as follows:

1. The Initial Case Management Conference shall be continued to Wednesday September 18, 2019 at 10:30 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to assess the potential for and possibly begin settlement negotiations without involving the resources of the Court.

2. The Parties' ADR certifications shall be filed no later than twenty-one (21) days in advance of the Initial Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than seven (7) days in advance of the Initial Case Management Conference.

4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than seven (7) days in advance of the Initial Case Management Conference.

Date: June 24, 2019

   /s/ Tosh Sagar
TOSH SAGAR, D.D.C. Bar No. D00497 (pro hac vice)
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
tsagar@earthjustice.org,
Tel: 202-667-4500
Fax: 202-667-2356

*Attorney for Plaintiffs*

   /s/ Sydney Menees
SYDNEY A. MENEES (D.C. Bar No. 1027544)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Washington, DC 20002
sydney.menees@usdoj.gov
Telephone (202) 514-2398

*Attorney for Defendant*

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, the deadlines set forth in the Order of April 16, 2019 (Dkt. No. 10) are hereby continued as follows:

1. The Initial Case Management Conference shall be continued to Wednesday September 18, 2019 at 10:30 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to assess the potential for and possibly begin settlement negotiations without involving the resources of the Court.
2. The Parties' ADR certifications shall be filed no later than twenty-one (21) days in advance of the Initial Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than seven (7) days in advance of the Initial Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than seven (7) days in advance of the Initial Case Management Conference.

**IT IS SO ORDERED**.

Date: _____

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE