UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW R. WHEELER, <br><br> Defendant. | Case No. 19-cv-02004-VC <br><br> **JUDGMENT** |

Judgment is entered in accordance with the order dismissing a claim for lack of subject-matter jurisdiction and granting the plaintiffs' motion for summary judgment as to the remaining three claims. *See* Dkt. No. 43. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 26, 2020

_____
VINCE CHHABRIA
United States District Judge