TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
MARTHA C. MANN (FL Bar No. 155950)
martha.mann@usdoj.gov
Environmental Defense Section
4 Constitution Square
150 M St. N.E.
Suite 4.528
Washington D.C. 20002
Telephone (202) 514-2664
Facsimile (202) 514-8865

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-02004-VC<br><br>**DECLARATION OF MARTHA C. MANN** |

I, Martha C. Mann, declare as follows:

    1.    I am an attorney with the United States Department of Justice and am lead counsel of record for Defendant, Michael S. Regan, Administrator of the United States Environmental Protection Agency ("EPA"). I submit this declaration in connection with the Notice of Information Collection Requests filed concurrently with this declaration.

1

2. As set forth in EPA's Motion to Amend Order and Judgment (ECF No. 46 at 2:15), EPA is providing notice to the Court and the parties of the agency's request for information that was sent to coke manufacturing facilities pursuant to Section 114 of the Clean Air Act, 42 U.S.C. § 7414(a).

3. Attached to this declaration are true and correct copies of the five information requests and enclosures (excluding the blank answer tables and spreadsheets) dated June 28, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2022                         /s/ *Martha C. Mann*
                                                 Martha C. Mann