TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
LUCY E. BROWN (HI Bar No. 10946)
Trial Attorney
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 598-1868
Fax:   (202) 514-8865
Email: lucy.e.brown@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> *Defendant*. | Case No.: 3:19-cv-02004 <br><br> **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT** |

  PLEASE TAKE NOTICE that, pursuant to Local Rule 11-2, Lucy E. Brown hereby enters her appearance on behalf of Defendant Michael S. Regan, Administrator of the United States Environmental Protection Agency.  Address and contact information are as follows:

| | |
|---|---|
| **MAILING ADDRESS**<br>Lucy E. Brown<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044 | **OVERNIGHT ADDRESS (not to be used for regular U.S. Mail)**<br>Lucy E. Brown<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>150 M Street, N.E.<br>Washington, D.C. 20002 |

**TELEPHONE** (202) 598-1868

**FACSIMILE** (202) 514-8865

**E-MAIL** lucy.e.brown@usdoj.gov

Date:  July 18, 2022                                    Respectfully submitted,

                                                                        s/ *Lucy E. Brown*
                                                                        LUCY E. BROWN
                                                                        Attorney for Defendant