1   TODD KIM
2   Assistant Attorney General
    United States Department of Justice
3   Environment & Natural Resources Division

4   LUCY E. BROWN (HI Bar No. 10946)
    lucy.e.brown@usdoj.gov
5   MARTHA C. MANN (FL Bar No. 155950)
6   martha.mann@usdoj.gov
    Environmental Defense Section
7   P.O. Box 7611
    Washington D.C. 20044
8   Telephone (202) 598-1868 (Brown)
9   Facsimile (202) 514-8865

10   *Attorneys for Defendant EPA*

11

12         **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13               **SAN FRANCISCO DIVISION**

14

15

16   CITIZENS FOR PENNSYLVANIA'S       Case No. 3:19-cv-02004-VC
    FUTURE, *et al*.,
17

18               Plaintiffs,

19           v.                 **DECLARATION OF LUCY E. BROWN**
                            **IN SUPPORT OF EPA'S RENEWED**
20   MICHAEL S. REGAN, in his official capacity   **MOTION TO AMEND ORDER AND**
    as the Administrator of the United States     **JUDGMENT**
21   Environmental Protection Agency,

22

23               Defendant.

24

25   I, Lucy E. Brown, declare as follows:

26         1.       I am a Trial Attorney for the United States Department of Justice and am counsel

27 of record for Defendant the United States Environmental Protection Agency's Administrator,

28 Michael S. Regan ("EPA").  I submit this declaration in support of EPA's renewed motion to

amend this Court's Order on Summary Judgment and Judgment ("Order and Judgment"), filed concurrently with this declaration.

2.      In light of this Court's August 15, 2022 Order denying without prejudice EPA's request to amend the Order and Judgment and allowing EPA to file a renewed motion, EPA conferred with Plaintiffs on two proposed completion dates for the mandatory duties at issue in this case: (1) May 23, 2024 if the Court grants an amendment of its Order and Judgment to allow sufficient time for compliance with EPA's nondiscretionary duties to be carried out in conjunction with a new discretionary rulemaking; and (2) November 30, 2023 if the Court does not allow time for EPA to carry out the nondiscretionary and discretionary rulemaking simultaneously.  I requested Plaintiffs' position on EPA's two proposed completion dates.

3.       On September 16, 2022, Plaintiffs' counsel communicated to me that Plaintiffs consent to the relief requested.  Should the Court grant EPA's motion, Plaintiffs strongly urge the Court to adopt the proposed May 23, 2024, deadline and intend to set out their position in support of that deadline in a separate brief to be filed today.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2022.         /s/  Lucy E. Brown
                                        Lucy E. Brown