IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-02004-VC<br><br>**[PROPOSED] ORDER GRANTING RENEWED MOTION TO AMEND ORDER AND JUDGMENT** |

The Court, having considering EPA's [Unopposed] Renewed Motion to Amend Order and Judgment, and otherwise being sufficiently advised, hereby **GRANTS** EPA's motion.

The existing deadline of December 26, 2022 for EPA to perform the mandatory duties identified in the Court's Order (Dkt. No. 43) shall be extended to May 23, 2024.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2022.

_____
VINCE CHHABRIA
United States District Judge