UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL S. REGAN,<br><br>    Defendant. | 19-cv-02004-VC<br><br>**AMENDED JUDGMENT** |

Amended judgment is entered in accordance with the order granting the motion to amend the judgment. Dkt. No. 79.

**IT IS SO ORDERED.**

Dated: November 22, 2022

_____

VINCE CHHABRIA
United States District Judge