TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

LUCY E. BROWN (HI Bar No. 10946)
lucy.e.brown@usdoj.gov
MARTHA C. MANN (FL Bar No. 155950)
martha.mann@usdoj.gov
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044
Telephone (202) 598-1868 (Brown)
Facsimile (202) 514-8865

*Attorneys for Defendant EPA*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITIZENS FOR PENNSYLVANIA'S FUTURE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 3:19-cv-02004-VC<br><br>**DECLARATION OF LUCY E. BROWN** |

I, Lucy E. Brown, declare as follows:

    1.    I am a Trial Attorney for the United States Department of Justice and am counsel of record for Defendant the United States Environmental Protection Agency's Administrator, Michael S. Regan ("EPA"). I submit this declaration pursuant to the November 22, 2022 Order Granting Motion to Amend the Judgment (Dkt. No. 79) (the "Order").

2. The Order directs "Counsel for EPA . . . to provide a copy of this order directly to EPA's General Counsel and to the Administrator's Chief of Staff, and . . . file a declaration within 14 days of this order certifying that they have done so." *Id.*

3. I emailed a copy of the Order directly to EPA's General Counsel and the EPA Administrator's Chief of Staff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 2, 2022.          /s/ Lucy E. Brown
                                                                  Lucy E. Brown